UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIAMOND HEADS, LLC,

        Plaintiff,

v.                  Case No. 8:07-cv-462-T-33TBM

SUSAN EVERINGHAM a/k/a
SUSAN POSNER,

        Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. # 106), filed on March 31, 2009, recommending that Plaintiff's Motion for Summary Judgment as to count I of the complaint and Defendant's first and third affirmative defenses (Doc. # 68) be granted.[1] No objections have been filed and the time to do so has expired.[2]

---

[1] Pursuant to the parties' joint stipulation, Defendant's counterclaim, as well as her second affirmative defense, were previously dismissed. (Doc. # 61 at 2; # 65).

[2] Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 6.02(a), written objections to a magistrate judge's report and recommendation must be filed within ten (10) days of the date of such service. Fed.R.Civ.P. 72(a); M.D.Fla.R. 6.02(a). Determining the deadline for objections as set forth in Federal Rule of Civil Procedure 6(a), Defendant's written objections were due April 17, 2009.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts and adopts the Report and Recommendation of the magistrate judge in its entirety.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Thomas B. McCoun III's Report and Recommendation (Doc. # 106) is **ACCEPTED** and **ADOPTED** in its entirety and made a part of this Order for all purposes.

(2) Plaintiff's Motion for summary judgment as to count I of the complaint and Defendant's first and third affirmative defenses (Doc. # 68) is **GRANTED**.

(3) Defendant is directed to provide an accounting to Plaintiff so that Plaintiff may determine a reasonable royalty for Defendant's use of Plaintiff's invention.

(4) Defendant and her agents, assigns, and employees, if any, and others controlling, controlled by, affiliated with, in privity with, or in active concert with Defendant, are enjoined from making, using, selling, or offering to sell engine cooling fin structures having irregular or intagliated edge surfaces as claimed by United States Patent 6,626,134 and United States Design Patent D500768.

(5) Defendant is ordered to destroy all cooling fin structures having irregular or intagliated surfaces which are currently in Defendant's possession, custody or control; and to withdraw and destroy all marketing or advertising material in the possession, custody or control of the Defendant and her agents and employees, if

any, in whatever medium, intended to induce others to make, use, sell, or offer to sell the same structures.

(6) Plaintiff's request for treble damages and attorney's fees and costs is **DENIED**.

(7) Plaintiff's Motion to Disqualify Testimony and Opinions of Rustam Stolkin (Doc. # 62) is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>20th</u> day of April 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record